IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES LEE THOMPSON,

    Plaintiff,

v.

SARA ATKINS,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-144-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff James Thompson's failure to comply with Fed. R. Civ. P. 8.

_Peter Oppeneer_, Clerk of Court      4/6/11, Date